**Order entered October 3, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01118-CV

### BRIGETTA D'OLIVIO, Appellant

### V.

### HILARY THOMPSON HUTSON, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-02704-2020**

## ORDER

On the Court's own motion, this appeal is **ABATED** pending resolution of

appellant's motion to transfer by the Texas Supreme Court.

/s/ ROBBIE PARTIDA-KIPNESS
   JUSTICE